# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **ROBERT LEE RAWLS,** : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action |
| v. : | No. 3:04-cv-70 (CAR) |
| : | |
| **MORGAN COUNTY JAIL,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 24) that the Court grant Defendants' motion for summary judgment (Doc. 22). No objection has been filed. Upon review of the Recommendation and the record in this case, the Court agrees with the conclusions of the United States Magistrate Judge, and the Recommendation is hereby **ADOPTED** and made the Order of the Court. In accordance with that Recommendation, the Clerk of Court is directed to enter judgment in favor Defendants as to all claims.

**SO ORDERED**, this 9th day of January, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw